**ORDERED ACCORDINGLY.**



Dated: January 08, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

1 **PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
2 Phoenix, Arizona 85012
(602) 222-5711
3 (602) 222-5701 Facsimile
(847) 627-8802 Facsimile
4 AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
5 Jason P. Sherman, Bar #019999
Attorney for Household Realty
6 Corporation
[FILE 09-014969 HFY]
7

8 **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>MARIA A. SMITH,<br><br>  Debtor. | Case # 2:09-bk-18999-GBN<br><br>Chapter 13 Proceedings |
| Household Realty Corporation,<br>its assignees and / or<br>successors in interest,<br>   Movant,<br><br>v.<br><br>MARIA A. SMITH, Debtor, and<br>Chapter 13 Trustee Edward J.<br>Maney,<br>   Respondents. | **ORDER LIFTING**<br>**THE AUTOMATIC STAY**<br><br>Re: Real Property located at<br>10106 North 66th Lane<br>Glendale, AZ 85302 |

   The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Household Realty Corporation, ("HSBC"), and that good cause exists to grant the Motion for Relief;

   **THEREFORE, IT IS ORDERED:**

   1. HSBC, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 10106 North 66th Lane, Glendale, AZ 85302 and legally described as:

> LOT 174, OF CHAPARRAL RANCH PATIO HOMES, III, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 268 OF MAPS, PAGE 44, AND AFFIDAVIT OF CORRECTION RECORDED AT THE INSTRUMENT NO. 84-420585, OF OFFICIAL RECORDS

2. HSBC may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, HSBC may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against HSBC shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
George B. Nielsen, Jr.
U. S. Bankruptcy Court Judge